

# Fourth Court of Appeals
## San Antonio, Texas

February 15, 2023

No. 04-22-00864-CR

**EX PARTE** Julian **BAZAN**

From the 399th Judicial District Court, Bexar County, Texas
Trial Court No. 2019CR1157-W2
Honorable Frank J. Castro, Judge Presiding

# O R D E R

Sitting:      Irene Rios, Justice
Beth Watkins, Justice
Liza A. Rodriguez, Justice

Appellant's motion for rehearing is DENIED.

It is so **ORDERED** February 15, 2023.

**PER CURIAM**

ATTESTED TO: _____
MICHAEL A. CRUZ, Clerk of Court